1

Sarah Shapero (Bar No. 286748)
SHAPERO LAW FIRM

2

100 Pine St., Ste. 530
San Francisco, CA 94111

3

Telephone:    (415)273-3504
Facsimile:    (415) 358-4116

4

5

Attorney for Plaintiff,
ANGELA BEASLEY

6

7

8

# UNITED STATES DISTRICT COURT

9

## FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

ANGELA BEASLEY, an individual;

CASE NO.: 2:21-cv-01970-MCE-AC

12

Plaintiffs,

**ORDER**

13

v.

14

GREGORY FUNDING, a business entity; and
DOES 1-50, inclusive

15

Defendant

16

17

The Court, having read and considered the Joint Stipulation Regarding Dismissal Without

18

Prejudice, and good cause appearing, finds:

19

Parties Joint Stipulation Regarding Dismissal Without Prejudice is GRANTED.

20

ACCORDINGLY, IT IS ORDERED:

21

1.  This matter is hereby dismissed without prejudice.

22

2.  The Clerk of the Court is directed to close this case.

23

IT IS SO ORDERED.

24

Dated:  November 9, 2021

25

26

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

27

28

1

ORDER