Sarah Shapero (Bar No. 286748)
SHAPERO LAW FIRM
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone:   (415) 273-3504
Facsimile:   (415) 358-4116

Attorney for Plaintiff,
ANGELA BEASLEY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA BEASLEY, an individual;<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GREGORY FUNDING, a business entity; and DOES 1-50, inclusive<br><br>　　　　　Defendant | CASE NO.: 2:21-cv-01970-MCE-AC<br><br>**ORDER** |

The Court, having read and considered Plaintiff's Notice to Vacate the Order Granting Parties Joint Stipulation Regarding Dismissal Without Prejudice Entered on November 9, 2021 and good cause appearing, finds:

The Order Granting Parties Joint Stipulation Regarding Dismissal Without Prejudice Entered on November 9, 2021 is hereby VACATED. The dismissal of this matter shall be entered with prejudice.

ACCORDINGLY, IT IS ORDERED:

The Order Granting Parties Joint Stipulation Regarding Dismissal Without Prejudice Entered on November 9, 2021 is vacated. The dismissal of this matter shall be entered with prejudice.

IT IS SO ORDERED.

Dated: November 15, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE